STATE OF CONNECTICUT *v.* JAMES P.

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 96 Conn. App. 93 (AC 25902), is denied.

NORCOTT and PALMER, Js., did not participate in the consideration or decision of this petition.

*Denise B. Smoker*, senior assistant state's attorney, in support of the petition.

*Stephanie L. Evans*, special public defender, in opposition.

Decided September 20, 2006